IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JORDAN VAUGHN,<br><br>    Defendant. | 4:25CR3010<br><br>**ORDER** |

IT IS ORDERED:

1)   The motion of Korey L. Reiman to withdraw as counsel of record for Defendant, (Filing No. 19), is granted.

2)   Defendant's newly retained counsel, Michael Fitzpatrick, shall promptly notify Defendant of the entry of this order.

3)   The clerk shall delete Korey L. Reiman from any future ECF notifications herein.

Dated this 6th day of March, 2025.

                BY THE COURT:

                *s/ Jacqueline M. DeLuca*
                United States Magistrate Judge